[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12177
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00256-JA-GJK-3


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN HERIBERTO CARRILLO,
a.k.a. Armando Cotto-Ramos,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 5, 2014)

Before TJOFLAT, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Roger Weeden, counsel for Juan Carrillo, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Carrillo's conviction and sentence are **AFFIRMED.**